**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/28/2025

**To:** Jesus A. Castellano

Charge No: 410-2025-03266

EEOC Representative and email:   ASHLEY HARPER
Investigator
ashley.harper@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2025-03266.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
03/28/2025
Darrell E. Graham
District Director

**Cc:**
Incident Location
Google LLC
1105 W Peachtree ST NW
Atlanta, GA 30309

Michael Pfyl
Google
1600 AMPHITHEATRE PKWY
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Street, Floor 8
New York, NY 10011


Please retain this notice for your records.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Seth Taylor

Charge No: 551-2025-01773

EEOC Representative and email:  Gustavo Irizarry, Intake Supervisor
gustavo.irizarry@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 551-2025-01773.

On Behalf of the Commission:

January 13, 2025                                   _____ for
Date                                                        Elizabeth M. Cannon, Director
                                                                  Seattle Field Office

cc:
Google, LLC
Jennifer Blackston: Jblackstone@google.com
Adam Colon: Adamcolon@google.com
Makayla Halkinrude-Allmaras: Mhalkinrude@jonesday.com

Levy Ratner, P.C.
Alexis Boyd: Aboyd@levyratner.com

Please retain this notice for your records.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/30/2025

**To:** Cheyne Anderson

Charge No: 551-2025-02432

EEOC Representative and email:   Gustavo Irizarry
Intake Supervisor
gustavo.irizarry@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 551-2025-02432.

On Behalf of the Commission:

January 30, 2025                                     _____ for
Date                                                         Elizabeth M. Cannon, Director
                                                                 Seattle Field Office

cc:
Google LLC
Michael Pfyl: Michaelpfyl@google.com
Adam Colon: Adamcolon@google.com,
Jennifer Blackstone: Jblackstone@google.com

Alexis S Boyd Esq.: Aboyd@levyratner.com

Please retain this notice for your records.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Hannah Mirza

Charge No: 550-2025-00573

EEOC Representative and email:    WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*for*     Christopher Green
District Director

**Cc:**
Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident  Location
Google LLC
1 Market St.
San Francisco, CA 94105

Michael Pfyl
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 LOUISIANA AVE NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Jiajun Xu

Charge No: 550-2025-00632

EEOC Representative and email:   WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*for*   Christopher Green
District Director

**Cc:**
Aaron Agenbroad
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident Location
Google LLC
1 Market Street
San Francisco, CA 94105

Michael Pfyl
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 LOUISIANA AVE NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website:  www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Kathleen S. O?Beirne

Charge No: 550-2025-00634

EEOC Representative and email:     WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*for*     Christopher Green
District Director

**Cc:**
Makayla Halkinrude-Allmaras
Jones Day
51 LOUISIANA AVE NW
Washington, DC 20001

Incident Location
Google LLC
1 Market Street
San Francisco, CA 94105

Michael Pfyl
Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website:  www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Mark W. Dudley

Charge No: 550-2025-00669

EEOC Representative and email:     WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 550-2025-00669.

On behalf of the Commission,

*for*     Christopher Green
District Director

**Cc:**
Incident Location
Google LLC
345 Spear Street
San Francisco, CA 94105

Michael Pfyl
Google
1600 AMPHITHEATRE PKWY
Mountain View, CA 94043

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Street, Floor 8
New York, NY 10011


Please retain this notice for your records.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** William Van Der Laar

Charge No: 550-2025-00745

EEOC Representative and email:   WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 550-2025-00745.

On behalf of the Commission,

*for*   Christopher Green
District Director

**Cc:**
Michael Pfyl
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident Location
Google LLC
1 Market Street
San Francisco, CA 94105

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**San Jose Local Office**
96 N Third St, Suite 250
San Jose, CA 95112
(408) 889-1950
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Rachel Westrick

Charge No: 556-2025-00270

EEOC Representative and email:   ANDREA NUNEZ
Sr. Investigator
sanjgov@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Margaret Ly
Local Director

**Cc:**
Incident  Location
Google LLC
1225 Crossman Ave
Sunnyvale, CA 94089

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Street, Floor 8
New York, NY 10011


Please retain this notice for your records.