# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

<u>PAY.GOV TRANSACTION DETAILS</u>

*IMPORTANT*:
- Complete all required fields (shown in **red\***); otherwise, your request may be denied and require resubmission.
- The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.

1. **Your Name\*:**
2. **Your Email Address\*:**
3. **Receipt Agency Tracking ID for Refund\*:**
4. **Transaction Date for Refund\*:**
5. **Transaction Amount to be Refunded\*:**
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:**
7. Your Phone Number:
8. Full Case Number (if applicable):

9. **Fee Type:\***
   - ☐ **Attorney Admission**
   - ☐ **Civil Case Filing**
   - ☐ **Audio Recording**
   - ☐ **Notice of Appeal**
   - ☐ **Pro Hac Vice**
   - ☐ **Writ of Habeas Corpus**
   - ☐ **Other: _____**

10. **Reason for Refund Request\*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

    ☐ **Duplicate Charge**    ☐ **No Fee Required for Filing**    ☐ **Other**

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☐ Approved    ☐ Denied    ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |