# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in **red***); otherwise, your request may be denied and require resubmission.
- The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.

1. **Your Name*:** Georgia Gerber
2. **Your Email Address*:** ggerber@levyratner.com
3. **Receipt Agency Tracking ID for Refund*:** ACANDC-20557581
4. **Transaction Date for Refund*:** 4/11/2025
5. **Transaction Amount to be Refunded*:** $405.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:** ACANDC-20557480
7. **Your Phone Number:** (212) 627-8100
8. **Full Case Number (if applicable):** 5:25-cv-03268

9. **Fee Type:***
   - [ ] Attorney Admission
   - [x] Civil Case Filing
   - [ ] Audio Recording
   - [ ] Notice of Appeal
   - [ ] Pro Hac Vice
   - [ ] Writ of Habeas Corpus
   - [ ] Other: _____

10. **Reason for Refund Request*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

   - [x] Duplicate Charge
   - [ ] No Fee Required for Filing
   - [ ] Other

   Made mistakes in first, second, and third attempts at filing the complaint, but went through the payment portal each time to proceed. All three payments were made, but the complaint was not officially filed any of those times. Instructed by ECF help desk to refer to the first payment that went through as the correct one, and to file the

   *If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | [x] Approved   [ ] Denied   [ ] Denied – Resubmit amended application (see reason for denial) |
| Approval/denial date: | *APPROVED By Ana Banares at 9:21 am, Apr 15, 2025* |
| Pay.gov refund tracking ID refunded: | 27NBB1FA |
| Date refund processed: | 04/16/2025 |
| Request approved/denied by: | |
| Agency refund tracking ID number: | ACANDC-20557581 |
| Refund processed by: | *[signature]* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |