JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:     +1.213.489.3939
Facsimile:     +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice pending*)
Christian A. Bashi (*pro hac vice pending*)
250 Vesey Street
New York, NY 10080
Telephone:     +1.212.326.3723
Facsimile:     +1.212.755.7306
Email: wbutler@jonesday.com
Email: cbashi@jonesday.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, HANNAH MIRZA, KATHLEEN O'BEIRNE, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 25-CV-03268-BLF<br><br>**DEFENDANT GOOGLE LLC'S RULE 7.1 STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION**<br><br>Judge:          Hon. Beth Labson Freeman<br>Trial Date:    None Set<br>Action Filed: April 11, 2025<br>FAC Filed:    April 17, 2025 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned is counsel of record for Defendant Google LLC ("Defendant") in the above-captioned action, and hereby submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and certification pursuant to Civil L.R. 3-15.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant discloses the following: Defendant is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC;

2. XXVI Holdings Inc., Holding Company of Google LLC; and

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: June 13, 2025

Respectfully submitted,

JONES DAY

By: */s/ Aaron L. Agenbroad*
Aaron L. Agenbroad
Liat Yamini
Wendy C. Butler
Christian A. Bashi

*Attorneys for Defendant Google LLC*