Aleksandr Felstiner
Levy Ratner, P.C.
80 Eighth Ave., Floor 8
New York, NY 10011
Telephone: (212) 627-8100
Email: afelstiner@levyratner.com
Bar #: 281906
Counsel for Plaintiffs

Dana E. Lossia
Levy Ratner, P.C.
80 Eighth Ave., Floor 8
New York, NY 10011
Telephone: (212) 627-8100
Email: dlossia@levyratner.com
Bar #: 240984
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
----------------------------------------------------------X

| | |
|---|---|
| CHEYNE ANDERSON, ET. AL., <br><br>                          Plaintiffs, <br><br>        -against- <br><br> GOOGLE LLC, <br><br>                         Defendant. | Case No. 5:25-CV-03268 <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** <br><br> Class Action |

----------------------------------------------------------X

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest to report.

LEVY RATNER, P.C.

Date: June 23, 2025          By: _____

Aleksandr Felstiner
80 Eighth Ave., Floor 8
New York, NY 10011
(212) 627-8100
afelstiner@levyratner.com