JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  +1.415.626.3939
Facsimile:  +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice*)
Christian A. Bashi (*pro hac vice*)
250 Vesey Street
New York, NY 10080
Telephone:  +1.212.326.3723
Facsimile:  +1.212.755.7306
Email: wbutler@jonesday.com
Email: cbashi@jonesday.com

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, HANNAH MIRZA, KATHLEEN O'BEIRNE, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 25-CV-03268-BLF<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND RESETTING DEADLINES FOR CASE MANAGEMENT CONFERENCE AND STATEMENT**<br><br>Date:      September 18, 2025<br>Time:     9:00 AM<br>Dept.:     Courtroom 1<br>Judge:    Hon. Beth Labson Freeman |

Joint Stipulation Regarding Briefing Schedule for Motion to Dismiss
and Resetting Deadlines for Case Management Conference and Statement
25-CV-03268-BLF

Pursuant to Civil Local Rule 6-2, Plaintiffs Cheyne Anderson, Jesus Castellano, Hannah Mirza, Kathleen O'Beirne, Seth Taylor, William Van Der Laar, Mark Westley Dudley, Rachel Westrick, and Jianjun Zu ("Plaintiffs"), and Defendant Google LLC ("Defendant") (collectively, the "Parties") stipulate and respectfully request that the Court enter an order setting a briefing schedule regarding Defendant's Motion to Dismiss (ECF No. 22), and continuing the Initial Case Management Conference to after October 27, 2025 and the due date for the Joint Case Management Statement and ADR Certification to October 21, 2025.

WHEREAS, Plaintiffs filed their Complaint on April 11, 2025. (ECF No. 1.)

WHEREAS, Plaintiffs filed their Amended Complaint on April 17, 2025. (ECF No. 8.)

WHEREAS, Defendant filed its Motion to Dismiss the Amended Complaint on June 16, 2025, seeking dismissal of each and every cause of action in the Complaint, as well as dismissal of the class allegations. (ECF No. 22.)

WHEREAS, the hearing on the pending Motion to Dismiss is set for September 18, 2025 (*Id.*)

WHEREAS, the Court's decision on the pending Motion to Dismiss could significantly impact the scope of the claims in this case and, relatedly, the approach to ADR and case management deadlines.

WHEREAS, the Parties agree that judicial economy and efficiency may best be served by resetting the current case management dates in this case and staying discovery until at least the resolution of Defendant's Motion to Dismiss.

NOW THEREFORE, the Parties hereby jointly stipulate, agree, and respectfully request an Order as follows:

1. That the due date for Plaintiffs' Opposition to the Motion to Dismiss filed by Google be continued to July 25, 2025.

2. That the due date for Defendant's Reply in Support of its Motion to Dismiss be continued to August 28, 2025.

Joint Stipulation Regarding Briefing Schedule for Motion to Dismiss
and Resetting Deadlines for Case Management Conference and Statement
25-CV-03268-BLF

3. That the Initial Case Management Conference be continued from July 17, 2025 to a date after October 27, 2025, with the Parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26 due 14 days thereafter.

4. That the due date for the Parties' Joint Case Management Statement and ADR Certification be continued to October 21, 2025.

5. That discovery in this case is stayed until Defendant's Motion to Dismiss is resolved.

The proposed time modifications will not affect any other scheduled deadlines in this case. A Proposed Order is being filed in connection with this Stipulation.

Dated: June 24, 2025

LEVI RATNER, P.C.

By: /s/ Aleksandr L. Felstiner
    Aleksandr L. Felstiner
    Dana E. Lossia

*Attorneys for Plaintiffs Cheyne Anderson, Jesus Castellano, Hannah Mirza, Kathleen O'Beirne, Seth Taylor, William Van Der Laar, Mark Wesley Dudley, Rachel Westrick, and Jiajun Xu*

Respectfully submitted,

JONES DAY

By: /s/ Aaron L. Agenbroad
    Aaron L. Agenbroad
    Liat Yamini
    Wendy C. Butler
    Christian A. Bashi

*Attorneys for Defendant Google LLC*

**ATTESTATION**

I, Aaron L. Agenbroad, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.

                                           */s/ Aaron L. Agenbroad*
                                           Aaron L. Agenbroad

Joint Stipulation Regarding Briefing Schedule for Motion to Dismiss
and Resetting Deadlines for Case Management Conference and Statement
25-CV-03268-BLF