UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, HANNAH MIRZA, KATHLEEN O'BEIRNE, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 25-CV-03268-BLF<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND RESETTING DEADLINES FOR CASE MANAGEMENT CONFERENCE AND STATEMENT**<br><br>Date:     September 18, 2025<br>Time:    9:00 AM<br>Dept.:    Courtroom 1<br>Judge:   Hon. Beth Labson Freeman |

## [PROPOSED] ORDER

Upon review of the Parties' Joint Stipulation Regarding Briefing Schedule for Motion to Dismiss and Resetting Deadlines for Case Management Conference and Statement (ECF No. 23), and for good cause shown, the Court hereby ORDERS the following:

– The deadline for Plaintiffs to file an Opposition to Defendant's Motion to Dismiss (ECF No. 22) is July 25, 2025.

– The deadline for Defendant to file a Reply in Support of Its Motion to Dismiss is August 28, 2025.

– The Initial Case Management Conference is continued from July 17, 2025 to [the first available date after October 27, 2025].

– The Parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26 are due 14 days after the Initial Case Management Conference.

– The due date for the Parties' Joint Case Management Statement and ADR Certification is continued to October 21, 2025.

– Discovery in this case is stayed until Defendant's Motion to Dismiss is resolved.

[Proposed] Order Regarding Briefing Schedule for Motion to Dismiss
and Resetting Deadline for Case Management Conference and Statement
25-CV-03268-BLF

1  IT IS SO ORDERED.

2

3  Dated: _____          By: _____
                                         HON. BETH LABSON FREEMAN
4                                        UNITED STATES DISTRICT JUDGE

[Proposed] Order Regarding Briefing Schedule for Motion to Dismiss
and Resetting Deadline for Case Management Conference and Statement
25-CV-03268-BLF