Aleksandr Felstiner
Levy Ratner, P.C.
80 8th Ave., 8th Fl.
New York, NY 10011
212-627-8100
afelstiner@levyratner.com
Bar: 281906
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, HANNAH MIRZA, KATHLEEN O'BEIRNE, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-03268-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND**<br><br>Class Action<br><br>Date: October 20, 2025<br>Time: 9:00 a.m.<br>Dept.: Courtroom 1<br>Judge: Hon. Beth Labson Freeman |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to Amend. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion for Leave to Amend should be granted.

Accordingly, IT IS HEREBY ORDERED THAT

1) The Motion for Leave to Amend is GRANTED,

2) The Clerk is directed to file the [Proposed] Second Amended Complaint, attached as Exhibit 1 to the Declaration of Alexis Boyd, ECF No. _____, as the "Second

Amended Complaint," and to add Tina Liu, Evan McElheny, Zachary Siegel, Eric Spishak-Thomas, and Alec Story as Plaintiffs in this action,

3) Defendant's Motion to Dismiss (ECF No. 22) is DISMISSED AS MOOT,

4) The Court's June 25, 2025 Order Regarding Briefing Schedule for Motion to Dismiss and Resetting Deadlines for Case Management Conference and Statement (ECF No. 22) is hereby VACATED, and

5) The deadline for Defendant to respond to the Second Amended Complaint is _____.

IT IS SO ORDERED.


Dated: _____        By:_____
                                              HON. BETH LABSON FREEMAN
                                              UNITED STATES DISTRICT JUDGE