JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice*)
Christian A. Bashi (*pro hac vice*)
250 Vesey Street
New York, NY 10080
Telephone:    +1.212.326.3723
Facsimile:    +1.212.755.7306
Email: wbutler@jonesday.com
Email: cbashi@jonesday.com

*Attorneys for Defendant Google LLC*

LEVY RATNER, P.C.
Aleksandr L. Felstiner, Bar No. 281906
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:    +1.212.627.8100
Facsimile:    +1.212.627.8182
Email: afelstiner@levyratner.com

*Attorney for Plaintiffs Cheyne Anderson,
Jesus Castellano, Hannah Mirza, Kathleen O'Beirne,
Seth Taylor, William Van Der Laar, Mark Wesley
Dudley, Rachel Westrick, and Jiajun Xu*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, HANNAH MIRZA, KATHLEEN O'BEIRNE, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>            *Plaintiffs*,<br><br>       v.<br><br>GOOGLE LLC,<br><br>            *Defendant*. | Case No. 5:25-cv-03268-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Date:       January 22, 2026<br>Time:      9:00 AM<br>Dept.:      Courtroom 1<br>Judge:     Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 6-2, Plaintiffs Cheyne Anderson, Jesus Castellano, Hannah Mirza, Kathleen O'Beirne, Seth Taylor, William Van Der Laar, Mark Westley Dudley, Rachel Westrick, and Jianjun Zu ("Plaintiffs"), and Defendant Google LLC ("Defendant") (collectively, the "Parties") stipulate and respectfully request that the Court enter an order setting the following briefing schedule on Plaintiffs' Motion for Leave to File an Amended Complaint (Dkt. No. 31), in consideration of the following facts:

WHEREAS, Plaintiffs filed their Complaint on April 11, 2025 (Dkt. No. 1) and their First Amended Complaint on April 17, 2025 (Dkt. No. 8);

WHEREAS, Defendant filed its Motion to Dismiss the First Amended Complaint on June 16, 2025 (Dkt. No. 22);

WHEREAS, on June 25, 2025, the Court granted the Parties' Joint Stipulation Regarding Briefing Schedule for Motion to Dismiss and Resetting Deadlines for Case Management Conference Statement (Dkt. No. 26) continuing the briefing schedule for the Motion to Dismiss and the Initial Case Management Conference and related deadlines;

WHEREAS, Plaintiffs filed their Notice of Motion and Motion for Leave to File an Amended Complaint (the "Motion for Leave") on September 10, 2025 (Dkt. No. 31);

WHEREAS, the Court continued the hearing on Plaintiffs' Motion for Leave to January 22, 2026 (Dkt. No. 34);

WHEREAS, the hearing on Defendant's Motion to Dismiss ("Hearing") was held on September 18, 2025 (Dkt. No. 36), during which Plaintiffs stated their intent to possibly further amend their proposed amendment, beyond what is described in the Motion for Leave;

WHEREAS, on September 18, 2025, the Court granted in part and denied in part Defendant's Motion to Dismiss. (Dkt. No. 37.) Specifically, the Court dismissed Count III without leave to amend and dismissed Counts IV, V, and X with leave to amend to add additional plaintiffs residing in New York. (*Id.*);

WHEREAS, following the Hearing, the Parties met and conferred regarding the briefing schedule for the Motion for Leave, during which Plaintiffs reiterated that they are contemplating adding additional allegations beyond what is described in their Motion for Leave;

WHEREAS, the Parties have agreed to allow time for Plaintiffs to share their proposed amendments with Defendant, and additional time for Defendant to decide whether to consent to the amendment;

NOW THEREFORE, in the interest of efficiency and preserving judicial resources, the Parties hereby jointly stipulate, agree, and respectfully request an Order as follows:

1. That the deadline for Plaintiffs to furnish Defendant with a copy of their further proposed amendments to the operative complaint be September 24, 2025;

2. That the deadline for Defendant to inform Plaintiffs as to whether it will stipulate to or oppose Plaintiffs' proposed amendments to the operative complaint be October 3, 2025;

3. Should Defendant stipulate to allow Plaintiffs' proposed amendments, that Defendant's filing of a responsive pleading to the amended complaint will be due 30 days after the amended complaint is deemed filed;

4. Should Defendant oppose Plaintiffs' proposed amendments, that the deadline for Plaintiffs to file their revised motion for leave to amend the operative complaint be October 10, 2025;

5. That the due date for Defendant's opposition to Plaintiffs' revised motion for leave to amend shall be continued to October 24, 2025;

6. That the due date for Plaintiffs' reply in support of their motion for leave to amend be continued to October 31, 2025;

7. That the Initial Case Management Conference be continued from October 30, 2025 to November 20, 2025, or the first available date thereafter, with the Parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26 due 14 days thereafter;

8. That the due date for the Parties' Joint Case Management Statement be continued to November 13, 2025; and

9. That discovery in this case be stayed pending resolution of Plaintiffs' Motion for Leave.

The proposed time modifications will not affect any other scheduled deadlines in this case.

1  A Proposed Order is being filed in connection with this Stipulation.

3  Dated: September 19, 2025                    Respectfully submitted,

4  LEVI RATNER, P.C.                             JONES DAY

6  By: */s/ Aleksandr L. Felstiner*              By: */s/ Liat L. Yamini*
       Aleksandr L. Felstiner                         Aaron L. Agenbroad
                                                      Liat L. Yamini
   *Attorney for Plaintiffs Cheyne Anderson,*         Wendy C. Butler
   *Jesus Castellano, Hannah Mirza, Kathleen*         Christian A. Bashi
   *O'Beirne, Seth Taylor, William Van Der*
   *Laar, Mark Wesley Dudley, Rachel*             *Attorneys for Defendant Google LLC*
   *Westrick, and Jiajun Xu*

## **ATTESTATION**

I, Aaron L. Agenbroad, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.

                                                */s/ Liat L. Yamini*
                                                    Liat L. Yamini

- 4 -

Joint Stipulation Continuing
Briefing Schedule on Plaintiffs'
Motion for Leave
5:25-cv-03268-BLF