UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYNE ANDERSON, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant(s). | Case No. 25-cv-03268-BLF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Makayla L. Halkinrude-Allmaras, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Google LLC in the above-entitled action. My local co-counsel in this case is Liat Yamini, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 251238.

| | |
|---|---|
| 51 Louisiana Avenue, N.W. <br> Washington, D.C. 20001 <br> MY ADDRESS OF RECORD | 555 South Flower Street, Fiftieth Floor <br> Los Angeles, CA 90071 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202.879.3820 <br> MY TELEPHONE # OF RECORD | 213.489.3939 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mhalkinrude@jonesday.com <br> MY EMAIL ADDRESS OF RECORD | lyamini@jonesday.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1778814.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2026                                  /s/ Makayla L. Halkinrude-Allmaras
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Makayla L. Halkinrude-Allmaras is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 27, 2026

                                                                    /s/ Beth Labson Freeman
                                                                    THE HONORABLE BETH LABSON FREEMAN
                                                                    UNITED STATES DISTRICT