LEVY RATNER, P.C.
Aleksandr L. Felstiner, Bar No. 281906
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:    +1.212.627.8100
Facsimile:    +1.212.627.8182
Email: afelstiner@levyratner.com

Dana Lossia, Bar No. 240984
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:    +1.212.627.8100
Facsimile:    +1.212.627.8182
Email: dlossia@levyratner.com


    *Attorneys for Plaintiffs*

JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice*)
Christian A. Bashi (*pro hac vice*)
250 Vesey Street
New York, NY 10080
Telephone:    +1.212.326.3723
Facsimile:    +1.212.755.7306
Email: wbutler@jonesday.com
Email: cbashi@jonesday.com

    *Attorneys for Defendant Google LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SIEGEL, ERIC SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Case No. 5:25-cv-03268-BLF<br><br>**JOINT STATEMENT RE: SELECTION OF MAGISTRATE JUDGE FOR ADR**<br><br>Date:<br>Time:<br>Dept.:<br>Judge: |

1    Pursuant to the Case Management Order issued February 19, 2026 (ECF 54), and the

2 instructions issued by the Court during the Initial Case Management Conference, the Parties have

3 conferred and agreed to request that the Court designate Magistrate Judge Laurel Beeler for

4 mediation in this case.

5 Dated: February 27, 2026                    Respectfully submitted,

6 LEVI RATNER, P.C.                           JONES DAY

7

8 By: *s/ Aleksandr Felstiner*               By: *s/ Aaron L. Agenbroad*
     Aleksandr L. Felstiner                       Aaron L. Agenbroad
9    Dana Lossia                                  Liat L. Yamini
                                                  Wendy C. Butler
10 *Attorneys for Plaintiffs Cheyne Anderson,*    Christian A. Bashi
   *Jesus Castellano, Hannah Mirza, Kathleen*
11 *O'Beirne, Seth Taylor, William Van Der*    *Attorneys for Defendant Google LLC*
   *Laar, Mark Wesley Dudley, Rachel*
12 *Westrick, and Jiajun Xu*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 1 –

Joint Statement Re: Selection of
Magistrate Judge for ADR
Case No. 5:25-cv-03268-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Aleksandr Felstiner, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.


_s/ Aleksandr Felstiner_
Aleksandr Felstiner

Joint Statement Re: Selection of
Magistrate Judge for ADR
Case No. 5:25-cv-03268-BLF

– 2 –