# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| CHEYNE ANDERSON, et al., | Case No. 5:25-cv-03268-BLF |
| Plaintiffs, | |
| v. | **ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| GOOGLE LLC, | |
| Defendant. | |

The Parties filed a joint statement selecting Magistrate Judge Beeler for the settlement conference. ECF No. 55. The Court HEREBY REFERS them to Judge Beeler for settlement.

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
BETH LABSON FREEMAN
United States District Judge