|   |   |
|---|---|
| Levy Ratner, P.C.<br>Aleksandr L. Felstiner, Bar No. 281906<br>80 Eighth Avenue, Floor 8<br>New York, NY 10011<br>Telephone: +1.212.627.8100<br>Facsimile: +1.212.627.8182<br>Email: afelstiner@levyratner.com<br><br>Dana Lossia, Bar No. 240984<br>80 Eighth Avenue, Floor 8<br>New York, NY 10011<br>Telephone: +1.212.627.8100<br>Facsimile: +1.212.627.8182<br>Email: dlossia@levyratner.com<br><br>*Attorneys for Plaintiffs* | Jones Day<br>Aaron L. Agenbroad, Bar No. 242613<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br>Email: alagenbroad@jonesday.com<br><br>Liat Yamini, Bar No. 251238<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone: +1.213.489.3939<br>Facsimile: +1.213.243.2539<br>Email: lyamini@jonesday.com<br><br>Wendy C. Butler (*pro hac vice*)<br>Christian A. Bashi (*pro hac vice*)<br>250 Vesey Street<br>New York, NY 10080<br>Telephone: +1.212.326.3723<br>Facsimile: +1.212.755.7306<br>Email: wbutler@jonesday.com<br>Email: cbashi@jonesday.com<br><br>*Attorneys for Defendant Google LLC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SIEGEL, ERIC SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>  v.<br>GOOGLE LLC,<br>    *Defendant*. | Case No. 5:25-cv-03268-BLF<br><br>**JOINT STIPULATED CASE SCHEDULE**<br><br>Judge: Hon. Beth Labson Freeman |

Plaintiffs Cheyne Anderson, Jesus Castellano, Tina Liu, Evan McElheny, Hannah Mirza, Kathleen O'Beirne, Zachary Siegel, Eric Spishak-Thomas, Alec Story, Seth Taylor, William Van Der Laar, Mark Wesley Dudley, Rachel Westrick, and Jiajun Xu, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Google LLC ("Google," and together with Plaintiffs, "Parties"), respectfully submit this Joint Stipulated Case Schedule pursuant to Judge Freeman's February 19, 2026 Case Management Order. The Parties stipulate to and jointly propose the following case schedule:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | February 1, 2027 |
| Last Day to File Motion for Class Certification | March 1, 2027 |
| Expert Disclosure Deadline | April 5, 2027 |
| Rebuttal Expert Disclosure Deadline | May 4, 2027 |
| Expert Discovery Cutoff | June 1, 2027 |
| Last Day to File Motion Dispositive Motions, Including Motions for Summary Judgment | July 1, 2027 |

The Parties reserve the right to seek modification of this schedule upon stipulation or a showing of good cause.

Dated: March 5, 2026

LEVI RATNER, P.C.

By: */s/ Aleksandr L. Felstiner*
    Aleksandr L. Felstiner
    Dana Lossia

*Attorneys for Plaintiffs Cheyne Anderson, Jesus Castellano, Hannah Mirza, Kathleen O'Beirne, Seth Taylor, William Van Der Laar, Mark Wesley Dudley, Rachel Westrick, and Jiajun Xu*

Respectfully submitted,

JONES DAY

By: */s/ Liat L. Yamini*
    Aaron L. Agenbroad
    Liat L. Yamini
    Wendy C. Butler
    Christian A. Bashi

*Attorneys for Defendant Google LLC*

## **ATTESTATION**

I, Liat L. Yamini, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.

*/s/ Liat L. Yamini*
Liat L. Yamini