**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SIEGEL, ERIC SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | Case No. 5:25-cv-03268-BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATED CASE SCHEDULE** |

**[PROPOSED] ORDER**

Upon review of the Parties' Joint Stipulated Case Schedule (ECF No. 59) it is hereby ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | February 1, 2027 |
| Last Day to File Motion for Class Certification | March 1, 2027 |
| Expert Disclosure Deadline | April 5, 2027 |
| Rebuttal Expert Disclosure Deadline | May 4, 2027 |
| Expert Discovery Cutoff | June 1, 2027 |
| Last Day to File Motion Dispositive Motions, Including Motions for Summary Judgment | July 1, 2027 |

All dates remaining in the Court's February 19, 2026 Case Management Order (ECF No. 54) remain in effect.

**IT IS SO ORDERED**.

Dated: _____    By: _____
　　　　　　　　　　　　　　　　　　　HON. BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE