LEVY RATNER, P.C.
Aleksandr L. Felstiner, Bar No. 281906
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:     +1.212.627.8100
Facsimile:     +1.212.627.8182
Email: afelstiner@levyratner.com

Dana Lossia, Bar No. 240984
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:     +1.212.627.8100
Facsimile:     +1.212.627.8182
Email: dlossia@levyratner.com


   *Attorneys for Plaintiffs*

JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:     +1.213.489.3939
Facsimile:     +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice*)
Christian A. Bashi (*pro hac vice*)
250 Vesey Street
New York, NY 10080
Telephone:     +1.212.326.3723
Facsimile:     +1.212.755.7306
Email:  wbutler@jonesday.com
Email:  cbashi@jonesday.com

Makayla L. Halkinrude-Allmaras (*pro hac vice)*
51 Louisiana Ave NW
Washington, D.C.
Telephone:     +1.202.879.3820
Email: mhalkinrude@jonesday.com


   *Attorneys for Defendant Google LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SIEGEL, ERIC SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, JIAJUN XU, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Case No. 5:25-cv-03268-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL (PLAINTIFFS MARK WESLEY DUDLEY AND RACHEL WESTRICK)**<br><br>Date:<br>Time:<br>Dept.:<br>Judge: |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SIEGEL, ERIC SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR, WILLIAM VAN DER LAAR, MARK WESLEY DUDLEY, RACHEL WESTRICK, and JIAJUN XU and Defendant GOOGLE LLC (hereinafter, "the Parties"), hereby stipulate to voluntary dismissal without prejudice of all claims brought by Plaintiffs Mark Wesley Dudley and Rachel Westrick in this action, conditioned upon the following:

1) Plaintiff Westrick and Dudley shall respond to Google's First Set of Requests for Production and First Set of Interrogatories, served on January 22, 2026; and

2) Plaintiff Westrick and Dudley shall sit for depositions.

In addition to the depositions otherwise permitted under the Federal Rules of Civil Procedure, Google may also depose each named Plaintiff, including Westrick and Dudley.

The Parties request that the Court issue an Order consistent with this stipulation.

Dated: April 2, 2026

LEVY RATNER, P.C.                              JONES DAY


By: *s/ Aleksandr Felstiner*                   By: *s/ Aaron L. Agenbroad*
 Aleksandr L. Felstiner                    Aaron L. Agenbroad
 Dana Lossia                               Liat L. Yamini
                                           Wendy C. Butler
*Attorneys for Plaintiffs Cheyne Anderson,*     Christian A. Bashi
*Jesus Castellano, Tina Liu, Evan*              Makayla L. Halkinrude-Allmaras
*McElheny, Hannah Mirza, Kathleen*
*O'Beirne, Zachary Siegel, Eric Spishak-*      *Attorneys for Defendant Google LLC*
*Thomas, Alec Story, Seth Taylor, William*
*Van Der Laar, Mark Wesley Dudley,*
*Rachel Westrick, and Jiajun Xu*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____April 2, 2026_____   _____
                                         United States District Judge

## **ATTESTATION**

I, Aleksandr Felstiner, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.

*s/ Aleksandr Felstiner*
Aleksandr Felstiner

Stipulation of Voluntary Dismissal
Case No. 5:25-cv-03268-BLF