LEVY RATNER, P.C.
Aleksandr L. Felstiner, Bar No. 281906
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:    +1.212.627.8100
Facsimile:    +1.212.627.8182
Email: afelstiner@levyratner.com

Dana Lossia, Bar No. 240984
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone:    +1.212.627.8100
Facsimile:    +1.212.627.8182
Email: dlossia@levyratner.com


   *Attorneys for Plaintiffs*

JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice*)
Christian A. Bashi (*pro hac vice*)
250 Vesey Street
New York, NY 10080
Telephone:    +1.212.326.3723
Facsimile:    +1.212.755.7306
Email: wbutler@jonesday.com
Email: cbashi@jonesday.com

Makayla L. Halkinrude-Allmaras *(pro hac vice)*
51 Louisiana Ave NW
Washington, D.C.
Telephone:    +1.202.879.3820
Email: mhalkinrude@jonesday.com


   *Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

-----------------------------------------------------------------X

CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SEIGEL, ERIC SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR,  WILLIAM VAN DER LAAR, JIAJUN XU, individually and on behalf of all others similarly situated,

                              *Plaintiffs*,

       v.

GOOGLE LLC,

                              *Defendant*.
-----------------------------------------------------------------X

Case No. 5:25-cv-03268-BLF

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT**

Class Action

Date:
Time:
Dept.:
Judge:

1
Joint Stipulation Granting Leave to File Amended Complaint
5:25-cv-03268-BLF

Pursuant to Local Rule 7-12, Plaintiffs Cheyne Anderson, Jesus Castellano, Tina Liu, Evan McElheny, Hannah Mirza, Kathleen O'Beirne, Zachary Siegel, Eric Spishak-Thomas, Alec Story, Seth Taylor, William Van Der Laar, and Jiajun Xu ("Plaintiffs"), and Defendant Google LLC ("Defendant") (collectively, the "Parties") stipulate and respectfully request that the Court enter an order granting Plaintiffs leave to file a Third Amended Complaint, in the form attached to this Stipulation, in consideration of the following facts:

WHEREAS, on October 7, 2025, Plaintiffs filed their Second Amended Complaint ("SAC") (ECF No. 46);

WHEREAS, on November 6, 2025, Defendant filed an Answer to the SAC (ECF No. 48);

WHEREAS, on February 19, 2026, the Court issued a Case Management Scheduling Order ("Scheduling Order") (ECF No. 54), setting a deadline of April 20, 2026 (sixty days from such Scheduling Order) for "joinder of any additional parties, or other amendments to the pleadings";

WHEREAS, on April 15, 2026, Plaintiffs provided Defendant a copy of the proposed Third Amended Complaint, and on April 17, 2026, Defendant consented to Plaintiffs filing the proposed Third Amended Complaint in the form provided;

NOW THEREFORE, in the interest of efficiency and preserving judicial resources, the Parties hereby jointly stipulate, agree, and respectfully request an Order as follows:

1. That Plaintiffs be granted leave to file the [Proposed] Third Amended Complaint approved by Defendant on April 17, 2026 and attached to this Stipulation;

2. That the Clerk be ordered to file the [Proposed] Third Amended Complaint attached to this Stipulation.

2

Joint Stipulation Granting Leave to File Amended Complaint
5:25-cv-03268-BLF

3.  That the deadline for Defendant to file a responsive pleading to the Third Amended Complaint be set for thirty (30) days after the Third Amended Complaint is deemed filed.

The Parties agree that this Stipulation will not affect any other scheduled dates, including those set forth by the Court's February 19, 2026 Case Management Order (ECF No. 54) and March 6, 2026 Order Granting Stipulated Case Schedule (ECF No. 61), which remain in full force and effect.  For the avoidance of doubt, the Parties agree that Court's April 2, 2026 Order (ECF No. 67) applies to any new Plaintiffs who are joined pursuant to the proposed Third Amended Complaint.

A Proposed Order is being filed in connection with this Stipulation.

Dated: April 20, 2026

Respectfully Submitted,

LEVY RATNER, P.C.                JONES DAY

By: /s/Aleksandr L. Felstiner___      By: /s/Aaron L. Agenbroad_____
    Aleksandr L. Felstiner                Aaron L. Agenbroad
    *Attorneys for Plaintiffs*            *Attorneys for Defendant*

**ATTESTATION**

I, Aleksandr Felstiner, am the ECF User whose ID and password are being used to file this document. In Compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.

By: /s/Aleksandr L. Felstiner
    Aleksandr L. Felstiner

3

Joint Stipulation Granting Leave to File Amended Complaint
5:25-cv-03268-BLF