# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/28/2025

**To:** Jesus A. Castellano

██████████████

Charge No: 410-2025-03266

EEOC Representative and email:    ASHLEY HARPER
Investigator
ashley.harper@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2025-03266.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
03/28/2025

Darrell E. Graham
District Director

**Cc:**
Incident  Location
Google LLC
1105 W Peachtree ST NW
Atlanta, GA 30309

Michael Pfyl
Google
1600 AMPHITHEATRE PKWY
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Street, Floor 8
New York, NY 10011


Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Seth Taylor

[redacted]

Charge No: 551-2025-01773

EEOC Representative and email:    Gustavo Irizarry, Intake Supervisor
gustavo.irizarry@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 551-2025-01773.

On Behalf of the Commission:

January 13, 2025                                                    for
Date                                        Elizabeth M. Cannon, Director
Seattle Field Office

**cc:**
Google, LLC
Jennifer Blackston: Jblackstone@google.com
Adam Colon: Adamcolon@google.com
Makayla Halkinrude-Allmaras: Mhalkinrude@jonesday.com

Levy Ratner, P.C.
Alexis Boyd: Aboyd@levyratner.com

Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/30/2025

**To:** Cheyne Anderson

Charge No: 551-2025-02432

EEOC Representative and email:     Gustavo Irizarry
Intake Supervisor
gustavo.irizarry@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 551-2025-02432.

On Behalf of the Commission:

January 30, 2025                                              for
Date                                 Elizabeth M. Cannon, Director
Seattle Field Office

**cc:**
Google LLC
Michael Pfyl: Michaelpfyl@google.com
Adam Colon: Adamcolon@google.com,
Jennifer Blackstone: Jblackstone@google.com

Alexis S Boyd Esq.: Aboyd@levyratner.com

Please retain this notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Hannah Mirza

Charge No: 550-2025-00573

EEOC Representative and email:    WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*for*        Christopher Green
District Director

**Cc:**
Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident  Location
Google LLC
1 Market St.
San Francisco, CA 94105

Michael Pfyl
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 LOUISIANA AVE NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website:  www.eeoc.gov

## <u>DISMISSAL AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Jiajun Xu

███████████ ██████████

Charge No: 550-2025-00632

EEOC Representative and email:    WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*for*    Christopher Green
District Director

**Cc:**
Aaron Agenbroad
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident  Location
Google LLC
1 Market Street
San Francisco, CA 94105

Michael Pfyl
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 LOUISIANA AVE NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** Kathleen S. O?Beirne

▮▮▮▮▮▮▮

Charge No: 550-2025-00634

EEOC Representative and email:    WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*for*    Christopher Green
District Director

**Cc:**
Makayla Halkinrude-Allmaras
Jones Day
51 LOUISIANA AVE NW
Washington, DC 20001

Incident  Location
Google LLC
1 Market Street
San Francisco, CA 94105

Michael Pfyl
Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2025

**To:** William Van Der Laar

████████████████

Charge No: 550-2025-00745

EEOC Representative and email:     WARREN CHEN
CRTIU (Intake) Supervisor
warren.chen@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 550-2025-00745.

On behalf of the Commission,

*for*     Christopher Green
District Director

**Cc:**
Michael Pfyl
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident  Location
Google LLC
1 Market Street
San Francisco, CA 94105

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/18/2025

**To:** Tina Liu
█████████████
Charge No: 520-2025-02000

EEOC Representative and email:   ARACELY FRANCOIS
                                 INVESTIGATOR
                                 ARACELY.FRANCOIS@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-02000

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
07/18/2025
Arlean Nieto
Acting District Director

**Cc:**
Michael Pfyl
Google
1600 AMPHITHEATRE PKWY
Mountain View, CA 94043

Incident  Location
Google LLC
76 9th Avenue
New York, NY 10011

NA NA
76 9th Avenue
New York, NY 10011

MAKAYLA  HALKINRUDE-ALLMARAS
Mhalkinrude@jonesday.com

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this Notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## <u>NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/18/2025

**To:**  Evan McElheny

██████████████

Charge No: 520-2025-01531

EEOC Representative and email:    ARACELY FRANCOIS
INVESTIGATOR
ARACELY.FRANCOIS@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-01531

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
07/18/2025
_____
Arlean Nieto
Acting District Director

**Cc:**
Makayla L Halkinrude-Allmaras
Jones Day
51 LOUISIANA AVE NW
Washington, DC 20001

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident  Location
Google LLC
76 9th Avenue
New York, NY 10011

Adam Colon
111 8th Avenue 5th Floor
New York, NY 10011

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this Notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/21/2025

**To:** Zachary Siegel

█████████████

Charge No: 550-2025-00746

EEOC Representative and email:   MICHELL CHANGQUI
INVESTIGATOR
MICHELL.CHANGQUI@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 550-2025-00746

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
07/21/2025
Arlean Nieto
Acting District Director

**Cc:**
Makayla Halkinrude-Allmaras
Jones Day
51 LOUISIANA AVE NW
Washington, DC 20001

Michael Pfyl
Google
1600 AMPHITHEATRE PKWY
Mountain View, CA 94043

Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011

Please retain this Notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/18/2025

**To:** Mr. Eric Spishak-Thomas

██████████████████████

Charge No: 520-2025-01460

EEOC Representative and email:    ARACELY FRANCOIS
                                 INVESTIGATOR
                                 ARACELY.FRANCOIS@EEOC.GOV

_____

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-01460

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
07/18/2025
_____
Arlean Nieto
Acting District Director

**Cc:**
Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Adam Colon
111 8th Avenue 5th Floor
New York, NY 10011

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this Notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Newark Area Office**
283-299 Market St, Suite 1703
Newark, NJ 07102
(862) 338-9410
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/29/2025

**To:** Alec Story

Charge No: 520-2025-01194

EEOC Representative and email:    GLENDORA YOUNG
INVESTIGATOR
GLENDORA.YOUNG@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-01194

On behalf of the Commission,

FOR _____

John Waldinger
Area Office Director

**Cc:**
Aaron Agenbroad
555 California Street 26th Floor
San Francisco, CA 94104

Adam Colon
Google LLC
76 9th Avenue
New York, NY 10011

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Alexis Boyd Esq.
80 Eighth Avenue Floor 8
New York, NY 10011


Please retain this Notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/25/2026

**To:**  Farheen Malik
███████████████
████████████

Charge No: 520-2024-07893

EEOC Representative and email:    ARACELY FRANCOIS
INVESTIGATOR
ARACELY.FRANCOIS@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2024-07893.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
03/25/2026

Arlean Nieto
Acting District Director

**Cc:**
Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Michael Pfyl
Google
1600 AMPHITHEATRE PKWY
Mountain View, CA 94043

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Aleksandr L Felstiner
Levy Ratner, PC
80 Eighth Avenue 8th Floor
New York, NY 10011


Please retain this Notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## <u>NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/20/2026

**To:** Harrison Bronfeld

▉▉▉▉▉▉▉▉▉▉

Charge No: 520-2025-01547

EEOC Representative and email:    ARACELY FRANCOIS
INVESTIGATOR
ARACELY.FRANCOIS@EEOC.GOV

_____

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-01547.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
03/20/2026
_____
Arlean Nieto
Acting District Director

**Cc:**
Incident  Location
Google LLC
76 9th Avenue
New York, NY 10011

Aaron Agenbroad
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Makayla Halkinrude-Allmaras
51 Louisiana Ave NW
Washington, DC 20001

Adam Colon
111 8th Avenue 5th Floor
New York, NY 10011

Alexis S Boyd Esq.
80 Eighth Avenue, Floor 8
New York, NY 10011


Please retain this Notice for your records.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Newark Area Office**
283-299 Market St, Suite 1703
Newark, NJ 07102
(862) 338-9410
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/05/2026

**To:** Pazia Bermudez-Silverman

Charge No: 520-2025-01823

EEOC Representative and email:    RURY ARZU
INVESTIGATOR
RURY.ARZU@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-01823.

On behalf of the Commission,

Digitally Signed By: John Waldinger
03/05/2026

John Waldinger
Area Office Director

**Cc:**
Aaron Agenbroad
Jones Day
555 CALIFORNIA ST STE 2600
San Francisco, CA 94104

Incident  Location
Google LLC
76 9th Avenue
New York, NY 10011

Google
76 9th Avenue
New York, NY 10011

Makayla Halkinrude-Allmaras
Jones Day
51 LOUISIANA AVE NW
Washington, DC 20001

Alexis S Boyd Esq.
80 Eighth Street, Floor 8
New York, NY 10011


Please retain this Notice for your records.