UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---------------------------------------------------------------X

CHEYNE ANDERSON, JESUS CASTELLANO, TINA LIU, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SEIGEL, ERICA SPISHAK-THOMAS, ALEC STORY, SETH TAYLOR,  WILLIAM VAN DER LAAR, JIAJUN XU, individually and on behalf of all others similarly situated,

                                        *Plaintiffs*,

        v.

GOOGLE LLC,

                                        *Defendant*.

---------------------------------------------------------------X

Case No. 5:25-cv-03268-BLF

**[PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT**

Class Action

Date:
Time:
Dept.:
Judge:

**[PROPOSED] ORDER**

Upon review of the Parties' Joint Stipulation Granting Leave to File Third Amended Complaint (ECF No.____) ("Joint Stipulation"), and for good cause shown, the Court hereby ORDERS the following:

(1) Plaintiffs are GRANTED leave to file the [Proposed] Third Amended Complaint approved by Defendant on April 17, 2026, and attached to the Joint Stipulation;

(2) The Clerk is ORDERED to file the [Proposed] Third Amended Complaint attached to the Joint Stipulation;

(3) The deadline for Defendant to file a responsive pleading to the Third Amended Complaint shall be thirty (30) days after the Third Amended Complaint is deemed filed;

(4) All other scheduled dates, including the case-management dates set by the Court's February 19, 2026 Case Management Order (ECF No. 54) and March 6, 2026 Order Granting Stipulated Case Schedule (ECF No. 61) remain in full force and effect.  For the

[Proposed] Order Granting Leave to File
5:25-cv-03268-BLF

avoidance of doubt, the Court's April 2, 2026 Order (ECF No. 67) applies to any new Plaintiffs who are joined pursuant to the proposed Third Amended Complaint

IT IS SO ORDERED.


Dated: _____       By: _____

                                          HON. BETH LABSON FREEMAN
                                          UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Leave to File
5:25-cv-03268-BLF