**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHEYNE ANDERSON, et al., | Case No.  5:25-cv-03268-BLF |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING LEAVE TO AMEND THIRD AMENDED COMPLAINT |
| GOOGLE LLC, | |
| Defendant. | |

Upon review of the Parties' Joint Stipulation Granting Leave to File Third Amended Complaint (ECF No. 68) ("Joint Stipulation"), and for good cause shown, the Court hereby ORDERS the following:

(1) Plaintiffs are GRANTED leave to file the [Proposed] Third Amended Complaint approved by Defendant on April 17, 2026, and attached to the Joint Stipulation;

(2) The Clerk is ORDERED to file the [Proposed] Third Amended Complaint attached to the 8 Joint Stipulation;

(3) The deadline for Defendant to file a responsive pleading to the Third Amended Complaint shall be thirty (30) days after the Third Amended Complaint is deemed filed;

(4) All other scheduled dates, including the case-management dates set by the Court's February 19, 2026, Case Management Order (ECF No. 54) and March 6, 2026 ,Order Granting Stipulated Case Schedule (ECF No. 61) remain in full force and effect.  For the avoidance of doubt, the Court's April 2, 2026, Order (ECF No. 67) applies to any new Plaintiffs who are joined pursuant to the proposed Third Amended Complaint.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge