LEVY RATNER, P.C.
Aleksandr L. Felstiner, Bar No. 281906
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone: +1.212.627.8100
Facsimile: +1.212.627.8182
Email: afelstiner@levyratner.com

Dana Lossia, Bar No. 240984
80 Eighth Avenue, Floor 8
New York, NY 10011
Telephone: +1.212.627.8100
Facsimile: +1.212.627.8182
Email: dlossia@levyratner.com

COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CALIFORNIA
Amith Gupta, Bar No. 368447
3350 Scott Blvd., Bldg. 48
Santa Clara, CA 95054
Telephone: +1.408.986.9874
Email: agupta@cair.com

Jeffrey C. Wang, Bar No. 318403
3350 Scott Blvd., Bldg. 48
Santa Clara, CA 95054
Telephone: +1.408.986.9874
Email: jwang@cair.com

*Attorneys for Plaintiffs*

JONES DAY
Aaron L. Agenbroad, Bar No. 242613
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700
Email: alagenbroad@jonesday.com

Liat Yamini, Bar No. 251238
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
Email: lyamini@jonesday.com

Wendy C. Butler (*pro hac vice)*
Logan S. Kotler (*pro hac vice*)
250 Vesey Street
New York, NY 10080
Telephone: +1.212.326.3723
Facsimile: +1.212.755.7306
Email: wbutler@jonesday.com
Email: lkotler@jonesday.com

Makayla L. Halkinrude-Allmaras *(pro hac vice)*
51 Louisiana Ave NW
Washington, D.C.
Telephone: +1.202.879.3820
Email: mhalkinrude@jonesday.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

CHEYNE ANDERSON, et al.,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

Case No. 5:25-cv-03268-BLF

**STIPULATED REQUEST FOR ORDER EXTENDING TIME**

Judge: Hon. Beth Labson Freeman

[Filed Concurrently with Declaration of Dana Lossia; [Proposed] Order]

Pursuant to Northern District of California Civil Local Rules 6-1(b) and 6-2, Plaintiffs CHEYNE ANDERSON, JESUS CASTELLANO, PAZIA BERMUDEZ-SILVERMAN, HARRISON BRONFELD, TINA LIU, FARHEEN MALIK, EVAN MCELHENY, HANNAH MIRZA, KATHLEEN O'BEIRNE, ZACHARY SIEGEL, ERIC SPISHAK-THOMAS, ALEC

STORY, SETH TAYLOR, WILLIAM VAN DER LAAR, and JIAJUN XU and Defendant GOOGLE LLC (hereinafter, "the Parties"), respectfully make a stipulated request for an order extending each of the deadlines in the Case Management Order (ECF No. 54) and Order Granting Stipulated Case Schedule (ECF No. 61) by ninety (90) days, as set forth below.

WHEREAS, the Council on American-Islamic Relations – California ("CAIR-CA") has recently joined Levy Ratner, P.C. as co-counsel for Plaintiffs, as set forth in the accompanying Declaration of Dana Lossia (ECF Nos. 75 and 76);

WHEREAS, the Parties have actively engaged in extensive discovery efforts in this matter. To date, Plaintiffs have produced more than 30,000 pages of documents, and Defendant has produced more than 40,000 pages of documents and will be supplementing its production in the upcoming weeks;

WHEREAS, the Parties require additional time to complete discovery due to the scope and complexity of the document productions, and CAIR-CA, as newly added counsel for Plaintiffs, seeks time to become familiar with the proceedings and discovery to date;

WHEREAS, pursuant to the Parties' joint selection (ECF No. 55), the Court entered an Order on March 3, 2026 (ECF No. 56), referring the Parties to Magistrate Judge Beeler for a settlement conference;

WHEREAS, on August 20, 2026, the Parties were informed by the Court that Magistrate Judge Beeler is stepping down from the bench and will not be available for a settlement conference in January 2027 as anticipated;

WHEREAS, with the departure of Magistrate Judge Beeler, the Parties require additional time to confer with the Court regarding the designation of a new Magistrate Judge and to select a new settlement conference date; and

WHEREAS, in light of the above, the Parties have agreed that a brief, ninety (90) day extension of the current case management deadlines is warranted.

NOW, THEREFORE, the Parties respectfully request that the Court enter an order extending the case management deadlines as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | February 1, 2027 | May 3, 2027 |
| Class Certification Motions | March 1, 2027 | May 28, 2027 |
| Designation of Experts | April 5, 2027 | July 6, 2027 |
| Designation of Rebuttal Experts | May 4, 2027 | August 2, 2027 |
| Expert Discovery Cutoff | June 1, 2027 | August 30, 2027 |
| Dispositive Motion Deadline | July 1, 2027 | September 29, 2027 |
| Last Day to Hear Dispositive Motions | November 4, 2027 | February 2, 2028 |
| Final Pretrial Conference | February 3, 2028 | May 3, 2028 |
| Trial | March 6, 2028 | June 5, 2028 |

Should the Court grant Plaintiffs' anticipated motion for class certification, the Parties will submit a new case management plan with proposed deadlines for class discovery, including damages and expert discovery with respect to currently-unnamed class members.

Pursuant to Civil L.R. 6-2(a), this stipulated request is accompanied by a Declaration of Dana Lossia, counsel for Plaintiffs, setting forth the reasons for the requested modification and the effect it would have on the case schedule.

Should the Court grant this request, the parties respectfully request that the Court enter the proposed order submitted concurrently herewith.

Dated: October 23, 2026

LEVY RATNER, P.C.

By: ______________________________
Dana Lossia
Aleksandr L. Felstiner

COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CALIFORNIA

Amith Gupta
Jeffrey C. Wang

*Attorneys for Plaintiffs Cheyne Anderson, Pazia Bermudez-Silverman, Harrison Bronfeld, Jesus Castellano, Tina Liu, Farheen Malik, Evan McElheny, Hannah Mirza, Kathleen O'Beirne, Zachary Siegel, Eric Spishak-Thomas, Alec Story, Seth Taylor, William Van Der Laar, and Jiajun Xu, individually and on behalf of all others similarly situated*

JONES DAY

By: ______________________________
Aaron L. Agenbroad
Liat L. Yamini
Wendy C. Butler
Logan S. Kotler
Makayla L. Halkinrude-Allmaras

*Attorneys for Defendant Google LLC*

**ATTESTATION**

I, Dana Lossia, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel of record for all Parties have concurred in this filing.

______________________________
Dana Lossia