**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHEYNE ANDERSON, et al.,<br>*Plaintiffs*,<br>v.<br>GOOGLE LLC,<br>*Defendant*. | Case No. 5:25-cv-03268-BLF<br>**~~[PROPOSED]~~ ORDER EXTENDING DEADLINES IN CASE MANAGEMENT ORDER**<br>***AS MODIFIED BY THE COURT*** |

# ~~[PROPOSED]~~ ORDER

Upon review of the Parties' Joint Stipulated Request for Order Extending Time ("Joint Stipulation"), and for good cause shown, it is hereby ORDERED that the Court's Case Management Order (ECF No. 54) and the Order Granting Stipulated Case Schedule (ECF No. 61) are hereby amended, and the following schedule and deadlines shall apply in this case:

| **Deadline** | **Date or Deadline** |
|---|---|
| Close of Fact Discovery | May 3, 2027 |
| Class Certification Motions | May 28, 2027 |
| Designation of Experts | July 6, 2027 |
| Designation of Rebuttal Experts | August 2, 2027 |
| Expert Discovery Cutoff | August 30, 2027 |
| Dispositive Motion Deadline | September 29, 2027 |
| Last Day to Hear Dispositive Motions | March 23, 2028 |
| Final Pretrial Conference | June 22, 2028 |
| Trial | July 24, 2028 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2026

By: ______________________________
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE